# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| **ADRIANA EULALIA TREMILLO,** | § | |
| | § | |
| ***Plaintiff,*** | § | |
| | § | |
| **v.** | § | **No. 3:26-CV-00705-LS** |
| | § | |
| **MARCO A. RUBIO, U.S. SECRETARY OF STATE,** | § | |
| | § | |
| | § | |
| ***Defendant.*** | § | |

## ORDER DISMISSING CASE

Upon consideration of Plaintiff's Motion for Voluntary Dismissal,[1] the Court dismisses this action without prejudice. All other pending motions are denied as moot.

**SO ORDERED**.

**SIGNED** and **ENTERED** on March 20, 2026.

**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**

[1] ECF No. 3.