# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| **ADRIANA EULALIA TREMILLO,** | § | |
| | § | |
| ***Plaintiff*,** | § | |
| | § | |
| **v.** | § | **No. 3:26-CV-00705-LS** |
| | § | |
| **MARCO A. RUBIO, U.S. SECRETARY OF STATE,** | § | |
| | § | |
| | § | |
| ***Defendant*.** | § | |

## FINAL JUDGMENT

Consistent with its order entered today and Federal Rule of Civil Procedure 58, the Court enters this final judgment and dismisses this case without prejudice. The Clerk shall close the case.

**SO ORDERED**.

**SIGNED** and **ENTERED** on March 20, 2026.

**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**